UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
SHOSHANA ROLAND,                    :
                                    :       ORDER
                Plaintiff,          :
                                    :       04 Civ. 9920 (SAS) (FM)
        -against-                   :
                                    :
CENTURY 21 DEP'T STORES, LLC,       :
                                    :
                Defendant.          :
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

I have reviewed the attached Report and Recommendation ("R&R") of United States Magistrate Judge Frank Maas, dated August 16, 2005, which recommends that plaintiff's complaint be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for failure to prosecute. Although plaintiff was given the opportunity to file objections to the R&R, she has failed to do so. Moreover, based on my review I hereby adopt the thorough and thoughtful R&R in full.

In accordance with the R&R, plaintiff's complaint is dismissed without prejudice. Furthermore, plaintiff's failure to file objections precludes appellate review. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) ("We have adopted the rule that failure to object timely to a report waives any further judicial review of the report."). The

Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
November 23, 2005

## - Appearances -

**Plaintiff (Pro Se):**

Shoshana Roland
16 Heather Way
Sayerville, New Jersey 08872

**For Defendant:**

Gregory B. Reilly, Esq.
Reed Smith
One Riverfront Plaza
Newark, New Jersey 07102-5401
(973) 621-3200